IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                          NO. 4:18-MJ-351 JTR

JOSE REYES-SANCHEZ, ET AL

CLERK'S MINUTES

| | |
|---|---|
| Date: | December 14, 2018 |
| Before: | Hon. J. Thomas Ray |
| Assistant U.S. Attorney | Stephanie Mazzanti for Kristin Bryant |
| Defense Attorneys | J. Fletcher See – Apple Amado Castroll-Leon |
| | Garry Corrothers - Jose Reyes-Sanchez |
| U.S. Probation | Laine Rasmussen |
| Intepreter | Sandra Theodore |
| ECRO/CRD | Tenesha Brown |

Defendants appeared before Judge J. Thomas Ray for their initial appearance after an arrest from a complaint.  The parties indicated they needed an interpreter and Sandra Theodore was sworn in.  Defendants through counsel waived their right to a preliminary hearing.  There were questions regarding the legal name of Apple Amado Castroll-Leon and the legal status of Jose Reyes-Sanchez. The Court asked counsel to research both of those issues and scheduled a detention hearing for Monday, 12/17/18 at 3:00 p.m.