#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | No. 4:18-MJ-351 |
| | ) | |
| **JOSE REYES-SANCHEZ** | ) | |

### ENTRY OF APPEARANCE

COMES NOW, Jose Reyes-Sanchez, by and through his lawyer, Leonardo A. Monterrey, Monterrey Law Firm P.L.L.C., and for his Motion for Entry of Appearance, states:

1. The Defendant has retained Leonardo A. Monterrey, and he wishes to be listed as attorney of record.

WHEREFORE, Defendant prays that Leonardo A. Monterrey be listed as attorney of record.

Respectfully submitted,

By: /s/ Leonardo A. Monterrey
Leonardo A. Monterrey
Ark. Bar No. 2008-050
Monterrey Law Firm P.L.L.C.
4800 W Commercial Dr.
North Little Rock, AR 72201
(501) 353-2730
Fax – (866) 826-1260
lmonterrey@monterreylaw.net

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on this 17th day of December, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, thereby sending notification of such filing to all parties associated with the case in the CM/ECF system.

    /s/ Leonardo A. Monterrey
Leonardo A. Monterrey
Attorney at Law