FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 10 2019

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00037 KGB |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846 |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| JOSE REYES-SANCHEZ, | ) | 18 U.S.C. § 3013 |
| EMIDIO MANZANARES-CASTRO, | ) | 18 U.S.C. § 3571 |
| aka Emidio Manzaros, | ) | 18 U.S.C. § 3583 |
| aka Apple Amado Castroll-Leon | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning in or about August 2018, and continuing through on or about December 13, 2018, in the Eastern District of Arkansas, and elsewhere, the defendants,

JOSE REYES-SANCHEZ, and

EMIDIO MANZANARES-CASTRO,
aka Emidio Manzaros, aka Apple Amado Castroll-Leon,

conspired and agreed with each other, and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

With respect to the defendants,

JOSE REYES-SANCHEZ, and

EMIDIO MANZANARES-CASTRO,
aka Emidio Manzaros, aka Apple Amado Castroll-Leon,

the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine (actual), in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 17, 2018, in the Eastern District of Arkansas, the defendant,

JOSE REYES-SANCHEZ,

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THREE

On or about October 10, 2018, in the Eastern District of Arkansas, the defendants,

JOSE REYES-SANCHEZ, and

EMIDIO MANZANARES-CASTRO,
aka Emidio Manzaros, aka Apple Amado Castroll-Leon,

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

On or about November 29, 2018, in the Eastern District of Arkansas, the defendants,

JOSE REYES-SANCHEZ, and

EMIDIO MANZANARES-CASTRO,
aka Emidio Manzaros, aka Apple Amado Castroll-Leon,

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE

On or about December 13, 2018, in the Eastern District of Arkansas, the defendant,

EMIDIO MANZANARES-CASTRO,
aka Emidio Manzaros, aka Apple Amado Castroll-Leon,

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

On or about December 13, 2018, in the Eastern District of Arkansas, the defendant,

EMIDIO MANZANARES-CASTRO,
aka Emidio Manzaros, aka Apple Amado Castroll-Leon,

knowingly possessed a Hi-Point .40 caliber firearm, bearing serial number 7257737, and a Deutche Werke .32 caliber firearm, bearing serial number 114635, in furtherance of the drug trafficking crime set forth in Count Five herein, for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).