IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                          **Plaintiff**

v.                       **Case No. 4:19-cr-00037-KGB-1**

**Jose Reyes Sanchez**                                                                **Defendant**

## MOTION FOR DETENTION HEARING

COMES NOW, the Defendant, Jose Reyes Sanchez ("Mr. Reyes Sanchez"), by and through his attorney, Robert E. Tellez of the Tellez Law Firm PLLC, and for his Motion for Detention Hearing, states:

1. Mr. Reyes Sanchez is currently incarcerated pending the resolution of this case against him.

2. Mr. Reyes Sanchez does not pose a significant flight risk, nor does he pose a threat to the safety of any person and/or the community.

3. Counsel for Mr. Reyes Sanchez respectfully requests that this Court release Mr. Reyes Sanchez on personal recognizance or unsecured appearance bond pursuant to 18 U.S.C. § 3142(b).

4. Counsel for Mr. Reyes Sanchez respectfully requests that this Court release Mr. Reyes Sanchez to Lisa Darrow who is prepared to assume the role of third-party custodian and resides at 9500 S. Heights Road, Little Rock, Arkansas, where Mr. Reyes Sanchez will reside upon release.

5. In the event that this Court does not release Mr. Reyes Sanchez, counsel for Mr. Reyes Sanchez requests that this Court hold a Detention Hearing to determine whether any condition or combination of conditions will reasonably assure

the appearance of Mr. Reyes Sanchez as required and the safety of any other person and the community pursuant to 18 U.S.C. § 3142(f).

WHEREFORE, Jose Reyes Sanchez moves the Court to release him on personal recognizance or unsecured appearance bond, or in the alternative to Lisa Darrow, or to hold a Detention Hearing.

Respectfully submitted,

BY: Robert E. Tellez
AR Bar No. 2007281
Tellez Law Firm PLLC
3615 John F. Kennedy Blvd.
North Little Rock, AR 72116
Office: (501) 353-2901
Fax: (800) 517-7684
rtellez@tellezlawfirm.com