# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                    **Case No. 4:19-cr-00037-01 KGB**

**JOSE REYES-SANCHEZ**                                                 **DEFENDANT**

## ORDER

Defendant Jose Reyes-Sanchez's motion for detention hearing (Dkt. No. 25) is hereby referred to United States Magistrate Judge Patricia S. Harris, who is presiding as the criminal duty magistrate judge this month.

It is so ordered this 23rd day of January 2019.

                                                           _____
                                                           Kristine G. Baker
                                                           United States District Judge