# CRIMINAL CASE MINUTES

    **Case Title:**    USA vs Jose Reyes Sanchez

    **Case Number:**    4:19cr00037-01 KGB

    **Before U.S. Magistrate Judge Joe J. Volpe**

    **Date of hearing:**    February 1, 2019

    **Time in court:**    1:13 p.m. - 2:40 p.m.

    **ECRO/CRD:**    Lorna Jones

The parties appeared before Magistrate Judge Volpe for a detention hearing. The nature of the proceeding was stated for the record. Sandra Theodore was placed under oath to assist the Court during the hearing. After the Court hears testimony from witnesses and argument from counsel Defendant will remain detained pending trial. Order of Detention will be entered. Court adjourned.

    **AUSA:**    **Kristin Bryant**

    **Defense Counsel:**    **Robert Tellez**

    **USPO:**    **Laine Rasmussen**