FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 1 2019

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 4:19CR00037-1-KGB

JOSE REYES-SANCHEZ

## ORDER OF DETENTION

Defendant appeared with counsel on this date for a bond hearing. I find by clear and convincing evidence that Defendant is a danger to the community and no condition or combination of conditions will assure its safety. In coming to this conclusion, I have considered, *inter alia*, the strength of the government's case against the Defendant and the large amount of methamphetamine he is alleged to have trafficked. Additionally, law enforcement discovered several firearms present at the residences from which the Defendant is suspected to have sold the drugs. Furthermore, I find that the proposed release plan would not provide the stability necessary to assure the safety of the family of the third-party custodian and the community. These facts allow me to find by clear and convincing evidence that the Defendant is a danger to the community. Therefore, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 1st day of February 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE