IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

v.                               Case No. 4:19-cr-00037-KGB-1

**Jose Reyes Sanchez**                                                                       **Defendant**

## MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Jose Reyes Sanchez ("Mr. Reyes Sanchez"), by and through his attorney, Robert E. Tellez of the Tellez Law Firm PLLC ("Mr. Tellez"), and for his Motion for Continuance, states:

1. This case is set for trial on Monday, February 25, 2019, at 9:30 a.m.;

2. Mr. Tellez will need additional time to review discovery, pursue pretrial matters, and further prepare this case for trial;

3. Accordingly, Mr. Tellez respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion for Continuance is brought in good faith and not for the purpose of delay or any other improper purpose;

4. Mr. Tellez has contacted the Assistant United States Attorney, Kristen Bryant, and there is no opposition to Mr. Reyes Sanchez's request that this case be continued;

5. The additional time occasioned by the Court's granting of this Motion for Continuance is excludable under the Speedy Trial Act.

WHEREFORE, Mr. Reyes Sanchez, through Mr. Tellez, respectfully requests that this Court grant his Motion for Continuance and for all other just and appropriate relief.

                                               Respectfully submitted,

                                               <u>Robert E. Tellez</u>
                                               Ark. Bar No. 2007281
                                               Tellez Law Firm PLLC
                                               3615 John F. Kennedy Blvd.
                                               North Little Rock, AR 72116
                                               Office: (501) 353-2901
                                               Facsimile: (800) 517-7684
                                               Email: rtellez@tellezlawfirm.com