# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

v.                    Case No. 4:19-cr-00037-01 KGB

**JOSE REYES-SANCHEZ**                                                **DEFENDANT**

## ORDER

On December 17, 2018, attorney Leonardo A. Monterrey filed a motion to substitute counsel for defendant Jose Reyes-Sanchez in this matter (Dkt. No. 14). An order was entered on December 19, 2019 granting Mr. Monterrey's motion (Dkt. No. 21). Attorney Christian C. Alexander filed a motion to substitute counsel for Mr. Reyes-Sanchez on April 2, 2019 (Dkt. No. 46).

For good cause shown, Mr. Alexander is hereby substituted as counsel of record for Mr. Reyes-Sanchez, and Mr. Monterrey is relieved from any further representation of Mr. Reyes-Sanchez in this matter.

It is so ordered this 4th day of April 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge