UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 4:19CR00037 KGB |
| JOSE REYES-SANCHEZ, ) | |
| EMIDIO MANZANARES-CASTRO, ) | |
|    aka Emidio Manzaros, ) | |
|    aka Apple Amado Castroll-Leon ) | |

## UNITED STATES' MOTION TO CONTINUE

The United States of America, by and through United States Attorney Cody Hiland, and Assistant United States Attorney Kristin Bryant, for Motion to Continue states:

The trial in this case is currently set for June 10, 2019. The undersigned has training in Atlanta, Georgia, from June 10 to June 13, 2019.

In determining whether to grant a continuance, Title 18, United States Code, Section 3161(h)(7)(B)(iv), provides that the Court should consider "[w]hether the failure to grant such a continuance would unreasonably deny the Government continuity of counsel." In this case, the undersigned has been lead counsel since its inception, has been involved in the interviews of all witnesses, and is critical in trying this case. The United States submits that any delay occasioned by the granting of this motion would be excluded by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) as the ends of justice served by the granting of such continuance outweighs the best interests of the public and the defendant in a speedy trial.

The undersigned has spoken with defense counsel for both defendants, and neither of them have an objection to the United States' request.

For the above reasons, the United States requests a continuance in the above styled case so the undersigned can adequately prepare for a jury trial in this matter. The United States requests

1

that the time occasioned by the Court's granting of this Motion be excluded under the Speedy Trial Act.

          Respectfully Submitted,

          CODY HILAND
          United States Attorney

          By: KRISTIN BRYANT (2009156)
          Assistant U.S. Attorney
          P.O. Box 1229
          Little Rock, AR  72203
          501-340-2600
          Kristin.Bryant@usdoj.gov