## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                            **Case No. 4:19-cr-00037 KGB**

**JOSE REYES-SANCHEZ and**
**EMIDIO MANZANARES-CASTRO**                                                         **DEFENDANTS**

### ORDER

Pending is the government's motion for continuance of defendants Jose Reyes-Sanchez and Emidio Manzanares-Castro's June 10, 2019, trial date (Dkt. No. 50). The motion recites that counsel for Mr. Reyes-Sanchez and Mr. Manzanares-Castro have no objection to the motion.

In the motion, the government requests that the continuance be granted to ensure that the government is not unreasonably denied continuity of counsel in this case. 18 U.S.C. § 3161(h)(7)(B)(iv). Lead counsel for the government, who has been involved in this matter since its inception, who has worked up this matter, and who intends to try this matter, is required to attend training on the dates this case is currently set for trial.

The Court has considered the motion and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial, and the issues are such that to deny the motion would deny counsel the reasonable time necessary to prepare effectively for trial and to develop any and all proper defenses of which the defendant might avail himself.

It is therefore ordered that the motion for continuance be, and it is hereby, granted (Dkt. No. 50). This matter is rescheduled for jury trial to begin at ***9:00 a.m. the week of December 16, 2019***. Counsel are to be present 30 minutes prior to trial and are directed to submit jury instructions electronically to the Court at kgbchambers@ared.uscourts.gov on or before ***December 2, 2019***.

It is further ordered that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as to the defendants.

Dated this 5th day of June 2019.

_____
Kristine G. Baker
United States District Judge