UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America

v.  Case No.: 4:19CR00037-01 BSM

Jose Reyes-Sanchez

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 26 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 9/26/2019                  Deft is ✓ is not ____ in custody
Continued Until: _____      ____ Deft did not appear
Reason for continuance _____ ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney:   **Kristin H. Bryant**
Defense Counsel:   **Christian Chance Alexander**   (Appointed / **Retained**)
Interpreter's Name:   Nicols Durand

### PLEA

TRIAL BEFORE DISTRICT COURT              CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty  ✓                            Not Guilty _____
Guilty (indicates desire) _____ Guilty _____
Nolo Contendere (desire) _____ Nolo Contendere _____

✓ Demands Trial by Jury                   _____ Waives Jury Trial
                                          Deft agrees _____
                                          Govt agrees _____

### BAIL

Bail Set at: Detain   By: ON   Date: 2/1/19

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **12/16/2019 @ 9:00 a.m., before the Honorable Judge Brian S. Miller in Room 2D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE:  9/26/2019                SO ORDERED: _____
                                U. S. MAGISTRATE JUDGE