IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                          CASE NO. 4:19-CR-00037-BSM-01

JOSE REYES-SANCHEZ                                                DEFENDANT

## ORDER

Jose Reyes-Sanchez's pro se motion to reduce his sentence [Doc. No. 509] is denied because Amendment 821 was considered when Reyes-Sanchez was sentenced on January 8, 2025. Although Reyes-Sanchez had zero criminal history points, he received a two-level adjustment under United States Sentencing Guideline ("U.S.S.G.") section 3B1.1(c) for his role in the offense. *See* U.S.S.G. § 4C1.1(a)(10) (excluding defendants who "receive[d] an adjustment under § 3B1.1 (Aggravating Role)" from a zero-point offender adjustment). Additionally, Reyes-Sanchez's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 478 at 3. Reyes-Sanchez knowingly and voluntarily entered into his plea agreement, so he is not entitled to relief. *See United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (per curiam) (affirming dismissal of a section 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 30th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE